IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONNA C. KIMBLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. 3:07-cv-1217 |
| v. ) | Judge Echols |
| ) | (MDFL No. 6:08-cv-170-Orl-22DAB) |
| ASTRAZENECA PHARMACEUTICALS ) | |
| LP, et al, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Pursuant to the order of the Judicial Panel on Multidistrict Litigation, Docket No. 1769, this case is hereby transferred to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to transmit the record and a certified copy of the docket sheet to the United States District Court for the Middle District of Florida.

It is so **ORDERED.**

_____
Robert L. Echols
United States District Judge